**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO: 1:23-cv-21619-DPG**

ALLISON LAM, on behalf of herself
and all others similarly situated,

    Plaintiff(s),
v.

INVESTMENTS 41 LLC d/b/a BLACK MARKET
MIAMI, and ERICK PASSO, individually,

    Defendants.
_____/

## **ORDER**

THIS CAUSE having come before the Court upon the Unopposed Motion of Jake S. Blumstein to Withdraw as Counsel of Record for Plaintiffs, it is

ORDERED and ADJUDGED as follows:

The Unopposed Motion of Jake S. Blumstein to Withdraw is hereby GRANTED.

DONE and ORDERED in Broward County, Florida, on this ___ day of May 2023.

                                                  **HON. DARRIN P. GAYLES**
                                                **UNITED STATES DISTRICT JUDGE**

Copies to:
*Counsel of Record*